IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2351-REB-NYW

KKW TRUCKING, INC.,

    Plaintiff,

v.

CASTELLANO 03 TRUCKING, L.L.C., and
ROGEL LAZARO AGUILERA-MEDEROS,

    Defendants.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Order Adopting the Recommendation of United States Magistrate Judge [ECF 27] entered by United States District Judge Robert E. Blackburn on November 12, 2020, the following Judgment is hereby entered. It is

ORDERED that judgment with prejudice is entered in favor of plaintiff, KKW Trucking, Inc., and against defendant Castellano 03 Trucking, LLC, as to Claim 3 of the Amended Complaint [ECF 16], filed November 19, 2019, alleging vicarious liability for the actions of its agent. It is

FURTHER ORDERED that that judgment with prejudice is entered in favor of plaintiff, KKW Trucking, Inc., and against defendant Rogel Lazaro Aguilera-Mederos, as to Claim 1 of the Amended Complaint [ECF 16], filed November 19, 2019, alleging negligence, and Claim 2 of the Amended Complaint [ECF 16], filed November 19, 2019, alleging negligence per se. It is

FURTHER ORDERED that judgment with prejudice is entered in favor of defendant, Castellano 03 Trucking, LLC, and against plaintiff, KKW Trucking, Inc., as to Claim 4 of the Amended Complaint [ECF 16], filed November 19, 2019, alleging negligence, negligent entrustment, negligent hiring, and/or negligent supervision. It is

FURTHER ORDERED that plaintiff is awarded $97,723.81 in damages associated with the replacement cost of its tractor trailer, the value of its lost cargo, and the worker's compensation benefits paid to the driver. It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of 0.13 % from the date of entry of judgment. It is

FURTHER ORDERED that the plaintiff is awarded its costs, to be taxed by the clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED November 13, 2020, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/L.Roberson
      L. Roberson, Deputy Clerk